UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MARK ANDREW CHRISTENSEN,

    Defendant.

CASE NO. 07-343M

D. Montana CR06-85-BLG-RFC

DETENTION ORDER

Offenses charged:

    (1) Coercion and Enticement of Person Under 18 to Engage in Sexual Activity;

    (2) Forfeiture.

Date of Detention Hearing: July 18, 2007

    The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant was released on bond in the District of Montana on or about June 9, 2006.

(2) He failed to appear for trial on or about April 30, 2007, and the court issued a warrant for his arrest.

(3) Defendant was arrested in this district on or about July 18, 2007.

(4) His criminal record extends back to 1990, and includes convictions for forgery, theft (three cases), felony larceny, and "voluntary absence."

(5) He is associated with two alias names, three dates of birth, and three Social Security numbers.

(6) Defendant and his counsel offered nothing in opposition to the entry of an order of detention in this district, without prejudice to his right to apply again for release when he returns to the District of Montana.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

1     (4)    The clerk shall direct copies of this order to counsel for the United States, to counsel

2 for the defendant, to the United States Marshal, and to the United States Pretrial

3 Services Officer.

4 DATED this 18th day of July, 2007.

                                  /s/John L. Weinberg
                                JOHN L. WEINBERG
                                United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)